1

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

3

4    IN RE JESUS FLORES                                Case No.: 3:25-cv-00622-MMD-CSD

5                                                                          **ORDER**

6

7

8

9        On October 30, 2025, state prisoner Jesus Flores filed a form document titled

10   "Inmate Request for Disposition of Warrant." (ECF No. 1-1). Plaintiff has been assigned

11   Offender ID #1228611 by the Nevada Department of Corrections ("NDOC") and is also

12   known as Jesus Flores-Cervantes. Plaintiff's initiating document does not constitute a

13   complaint. And Plaintiff neither paid the full $405 filing fee nor filed an application to

14   proceed *in forma pauperis*. (*See* ECF No. 1). The Court will give Plaintiff an extension of

15   time to correct both defects.

16   **I.    DISCUSSION**

17        **A.    Plaintiff must file a signed complaint.**

18        "A civil action is commenced by filing a complaint with the court." Fed. R. Civ. P.

19   3. "A civil-rights complaint filed by a person who is not represented by an attorney must

20   be submitted on the form provided by this court or must be legible and contain

21   substantially all the information called for by the court's form." Nev. LSR 2-1. And the

22   complaint must be signed personally by the unrepresented party. Fed. R. Civ. P. 11(a).

23        If Plaintiff wants to proceed with this lawsuit, then Plaintiff must submit a signed

24   complaint on this Court's approved form. Alternatively, if Plaintiff did not intend to initiate

25   this action but, rather, intended to file the motion in a different lawsuit or court, then

26   Plaintiff must file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily

27

dismissing this action. And Plaintiff must write the correct case number on documents that Plaintiff submits for filing with the Court.

### B.     Plaintiff must pay the filing fee or apply for *in forma pauperis* status.

This Court must collect reasonable fees from parties initiating civil actions. The fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1), (2); Nev. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

According to the NDOC inmate database, Plaintiff is currently housed at Northern Nevada Correctional Center. Effective April 14, 2025, NNCC and LCC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate at Northern Nevada Correctional Center or Lovelock Correctional Center."

## II.     CONCLUSION

It is therefore ordered that Plaintiff has **until January 2, 2026**, to submit a signed legible complaint to this Court. Alternatively, if Plaintiff did not intend to initiate this lawsuit, then Plaintiff may file a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action.

1    It is further ordered that Plaintiff has **until January 2, 2026**, to either pay the full

2    $405 filing fee or file a fully complete application to proceed *in forma pauperis* by an

3    inmate at NNCC or LCC, which includes pages 1–3 of the court's approved form and is

4    properly signed by Plaintiff on page 3.

5    Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

6    Plaintiff fails to timely comply with this order.

7    The Clerk of the Court is directed to send Plaintiff Flores the approved form for

8    filing a civil-rights complaint by an inmate with instructions and the approved form

9    application to proceed *in forma pauperis* by an inmate at NNCC or LCC with instructions.

10

11    DATED: November 3, 2025

12

13    _____
     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27