UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IN RE JESUS FLORES<br><br>Plaintiff, | Case No. 3:25-cv-00622-MMD-CSD<br><br>ORDER |

*Pro se* Plaintiff Jesus Flores moves to dismiss this action without prejudice, arguing that it was filed in error. (ECF No. 4.) Flores's motion is construed as a notice under Federal Rule of Civil Procedure 41(a)(1)(A)(i) voluntarily dismissing this action. Voluntary dismissals do not require a court order when, like here, no party has served "either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i).

It is therefore ordered that the motion to dismiss (ECF No. 4) is construed as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i), and this action is dismissed without prejudice. Flores is advised that he will not be assessed a filing fee for this action.

DATED THIS 14th Day of November 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE